# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY COLEMAN,

        Plaintiff,             No. 2:12-cv-1496 WBS CKD P

    vs.

MATTHEW CATE, et al.,        ORDER & WRIT OF HABEAS CORPUS
                          AD TESTIFICANDUM

        Defendants.

_____/

        Anthony D. Coleman, CDCR # E-57319, a necessary and material witness in a settlement conference in this case on April 4, 2013, is confined in California State Prison, Los Angeles County (LAC), 44750 60th Street West, Lancaster, California 93536, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the U. S. District Court, 501 I Street, Sacramento, California 95814 in Courtroom #25 on April 4, 2013 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

        2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, LAC, P. O. Box 8457, Corcoran, California 93539:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Newman, at the time and place above, until completion of the settlement conference or as ordered by the court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

 Dated: March 18, 2013

                               _____
                               CAROLYN K. DELANEY
                               UNITED STATES MAGISTRATE JUDGE