UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ANTHONY COLEMAN, | No. 2:12-cv-1496 WBS CKD P |
|---|---|
| Plaintiff, | |
| v. | ORDER |
| MATTHEW CATE, et al., | |
| Defendants. | |

All parties have stipulated that this action be dismissed with prejudice. (ECF No. 28.) Accordingly, IT IS HEREBY ORDERED that this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a).

Dated: June 27, 2013

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2
cole1496.59c